**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MAR 1 - 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06CR73-WKW |
| | ) | [18 USC 641] |
| ALICIA ANN STRACENER LAVERGNA | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

At all times material to this Indictment:

1. ALICIA ANN STRACENER LAVERGNA, defendant herein, was a civilian employee of Army Air Force Exchange Services (AAFES) working as a cashier at the Triangle Shoppette, located on Fort Rucker, Alabama, within the Middle District of Alabama.

2. ALICIA ANN STRACENER LAVERGNA began her employment at the Triangle Shoppette in May 2002.

## DEFENDANT EMBEZZLES MONEY AND MERCHANDISE FROM THE TRIANGLE SHOPPETTE FORT RUCKER, ALABAMA

### COUNT 1

3. Paragraphs 1 and 2 above are incorporated by reference as if fully realleged herein.

4. Beginning from about May 2002, the exact date being unknown to the Grand Jury, and continuing until on or about March 25, 2004, ALICIA ANN STRACENER LAVERGNA, while employed at the Triangle Shoppette did willfully and knowingly embezzle, steal, convert, and purloin cash and merchandise all having a value of approximately $9,200.00, all being the money, property, and things of value of AAFES, division of the United States of America, to-wit: the

Triangle Shoppette, located on Fort Rucker, Alabama, all in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
VERNE H. SPEIRS
Assistant Untied States Attorney