**COURTROOM DEPUTY'S MINUTES**  **DATE:** 7-26-2006
**MIDDLE DISTRICT OF ALABAMA**  **DIGITAL RECORDING:** 10:02 – 10:12 am
                                **COURT REPORTER:** 10:13 – 10:20 am

☑ **ARRAIGNMENT**    ☐ CHANGE OF PLEA    ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** DRB        **DEPUTY CLERK:** sql
**CASE NUMBER:** 1:06CR73-WKW        **DEFENDANT NAME:** Alicia Ann LAVERGNA
**AUSA:** Speirs                     **DEFENDANT ATTORNEY:** Butler
                                     Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
                                     ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (✓)NO; ( )YES    Name:

---

☑ This is defendant's FIRST APPEARANCE.
☑ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☑ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    ☑ Not Guilty
            ☐ Guilty as to:
                ☐ Count(s):
                ☐ Count(s):            ☐ dismissed on oral motion of USA
                                       ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM: ✓ ~~WAIVER OF SPEEDY TRIAL filed~~ Waiver
            DISCOVERY DISCLOSURE DATE: 7-26-06
☑ ORDER: Defendant continued under ☑ same bond; ☐ summons; for:
    ☑ Trial on 10-16-06; ☐ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel