# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☒ Southern    ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 8/21/2006 | @ 11:02 ☒ a.m. ☐ p.m |
| DATE COMPLETED 8/21/2006 | @ 11:04 ☒ a.m. ☐ p.m |

CASE NO. 1:06CR73-WKW

UNITED STATES OF AMERICA       VS.       ALICIA ANN LAVERGNA
Plaintiff(s)                                              Defendant(s)

### APPEARANCES

Plaintiff(s)/Government: ~~Speirs~~ Moorer

Defendant(s): Hart

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk: 
USPO/USPTS: 
Crt Rptr: 
Interpreter: 
Other: 

### PROCEEDINGS:

Motion Hearing: Nature

☐ Motion Hearing
☐ Status Conference        ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation              ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference   ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial          ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

✓ **Pretrial Conference**

Pending Motions: None
Discovery Status: Complete        Plea Status: Prob.
Trial Status/Length: 1 Day        Trial Term: 10-16-06