IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CR-73-WKW |
| | ) | |
| ALICIA ANN LAVERGNA, | ) | |

## AMENDMENT TO PRETRIAL CONFERENCE ORDER

Due to a heavy court schedule and the federal holiday on October 9, 2006, it is hereby

ORDERED that the Pretrial Conference Order (Doc. #10) is amended to the extent that the deadline for filing proposed voir dire questions, all motions in limine and proposed jury instructions is **rescheduled** from October 10, 2006 to **Friday, October 6, 2006, by 5:00 p.m.**

Done this the 2nd day of October, 2006.

                                              /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE