IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 1:06cr73-WKW |
| | ) |
| ALICIA ANN STRACENER LAVERGNA | ) |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, **ALICIA ANN STRACENER LAVERGNA,** after being first advised of her right to a speedy trial as guaranteed her by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives her right to a speedy trial as to the October 16, 2006 trial term.

_____
ALICIA ANN STRACENER LAVERGNA

Date: 20 Sept 06