IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
v.                             )      CASE NO.    1:06cr73-WKW
                               )
ALICIA ANN LAVERGNA            )

## ORDER

Based upon this court's order setting the trial in the above-styled case for 8 January 2007, and for good cause, it is

ORDERED that the parties shall appear for a final pretrial conference on 18 December 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 6th day of December, 2006.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE