**COURTROOM DEPUTY'S MINUTES**                **DATE:** 12/18/06

**MIDDLE DISTRICT OF ALABAMA**                **Digital Recording:** 9:06 - 9:07

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE WALLACE CAPEL, JR.**   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:06cr73-WKW              **DEFENDANT(S):** Alicia Ann Lavergna

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Verne H. Speirs | * | Jennifer Anne Hart |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**       Complete

☐ **PENDING MOTION STATUS:**  None

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**

☐ **REMARKS:**   Pretrial Diversion Request Pending
               USA to have decision by Friday; If decision can not be made by Friday, 12/22/06
               parties should file a motion to continue