IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 1:06cr73-WKW |
| ) | |
| ALICIA ANN STRACENER LAVERGNA ) | |

<u>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
TO PERMIT DEFENDANT TO SPEND HOLIDAYS WITH FAMILY**</u>

**COMES NOW** the Defendant, Alicia Ann Stracener Lavergna, by and through undersigned counsel, Jennifer A. Hart, and files this Motion to Modify Conditions of Pretrial Release. In support of this Motion, Defendant would show the following:

1. On March 1, 2006, Ms. Lavergna was charged by indictment with embezzlement.

2. Ms. Lavergna was released on bond with the restriction that she be permitted to travel to only Alabama and Hawaii, the state where she was residing at the time of her arrest.

3. The Government has advised that Ms. Lavergna has been accepted into the Pretrial Diversion Program.

4. Ms. Lavergna's husband is in the military and is currently serving in Iraq. He has been given Christmas leave and will be with the couple's five (5) children in Washington state for the next couple of weeks.

5. Mr. Lavergna requests that the terms of her pretrial release be modified to allow her to travel to Washington state to be with her family for Christmas.

6. The United States Probation Office, through Bob Pitcher, has no opposition to this requested modification.

**WHEREFORE**, based on the foregoing, Ms. Lavergna respectfully requests that this requested modification be granted.

Dated this 21st day of December 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne Speirs, Assistant U. S. Attorney.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189