# U.S. District Court
## District of Hawaii - CM/ECF V2.5 (11/05) (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:06-mj-00217-BMK-1

Case title: USA v. Lavergna                          Date Filed: 04/20/2006

---

Assigned to: JUDGE BARRY M. KURREN

**Defendant**

Alicia Ann Stracener Lavergna (1)    represented by    **Shanlyn A.S. Park**
                                                       Office of the Federal Public Defenders
                                                       PJKK Federal Building
                                                       300 Ala Moana Blvd Rm 7-104
                                                       Honolulu, HI 96813
                                                       541-2521
                                                       Email: shanlyn_park@fd.org
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: CJA Appointment*

**Pending Counts**                                     **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                  **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                         **Disposition**
cmp

---

**Plaintiff**

USA                                  represented by    **Gabriel NMN Colwell**
                                                       Office of the US Attorney
                                                       300 Ala Moana Blvd Ste 6100
                                                       Honolulu, HI 96850
                                                       541-2850

Fax: 541-2958
Email: gabriel.colwell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2006 | 2 | EP :Initial Appearance in Rule 5(c)(3) Proceedings as to Alicia Ann Stracener Lavergna held on 4/19/2006 Appearance entered by Shanlyn A.S. Park for Alicia Ann Stracener Lavergna on behalf of defendant., Set/Reset Hearings as to Alicia Ann Stracener Lavergna:, ***Location start as to Alicia Ann Stracener Lavergna, Bond set as to Alicia Ann Stracener Lavergna (1) $10,000 unsecured bond co-signed by Michael Labergne Status Conference set for 5/19/2006 10:00 AM before JUDGE KEVIN S.C. CHANG. (FTR-Ctrm C6; 3:08-3:15.) (JUDGE BARRY M. KURREN )(gab, ) (Entered: 04/21/2006) |
| 04/19/2006 | 3 | CJA 23 Financial Affidavit by Alicia Ann Stracener Lavergna (bbb, ) (Entered: 04/24/2006) |
| 04/21/2006 | 1 | COMPLAINT - Rule 5 Arrest as to Alicia Ann Stracener Lavergna (1) M.D. Alabama (gab, ) (Entered: 04/21/2006) |
| 04/24/2006 | 4 | Appearance Bond as to Alicia Ann Stracener Lavergna. Signed by Magistrate Leslie E. Kobayashi. (bbb, ) (Entered: 04/24/2006) |
| 04/24/2006 | 5 | ORDER Setting Conditions of Release as to Alicia Ann Stracener Lavergna signed by Judge LESLIE E KOBAYASHI. (bbb, ) (Entered: 04/24/2006) |
| 05/19/2006 | 6 | EP: STATUS CONFERENCE re: Rule 20 Proceedings as to Alicia Ann Stracener Lavergna held on 5/19/2006 - Deft present not in custody.; AUSA Gabriel Colwell and Shanlyn A.S. Park present. (FTR-Ctrm C5 10:17 - 10:18.) (JUDGE KEVIN S.C. CHANG ) (bbb, ) (Entered: 05/23/2006) |
| 05/25/2006 | 7 | STIPULATION and ORDER to Amend Conditions of Pretrial Release for Defendant to Travel to Washington as to Alicia Ann Stracener Lavergna, Bond set as to Alicia Ann Stracener Lavergna . Signed by Judge KEVIN S.C. CHANG on 5/25/06. (gab, ) (Entered: 05/25/2006) |
| 05/25/2006 | 8 | ORDER that Defendant appear in District of prosecution or Distri having probation jurisdiction and transferring bail as to Alicia Ann Stracener Lavergna. Signed by Judge KEVIN S.C. CHANG on May 24, 2006. (bbb, ) (Entered: 05/26/2006) |
| 05/25/2006 |   | COURT'S CERTIFICATE of Service - a copy of 8 Order has been served by First Class Mail to the addresses of record on 05/26/2006. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (bbb, ) (Entered: 05/26/2006) |
| 05/30/2006 | 9 | ORDER That Defendant Appear in District of Prosecution or District |

|            |   |                                                                                                                                                                                                                                                              |
|------------|---|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | Having Probation Jurisdiction and Transferring Bail as to Alicia Ann Stracener Lavergna . Signed by Judge KEVIN S.C. CHANG on May 24, 2006. (bbb, ) (Entered: 05/31/2006)                                                                                      |
| 05/30/2006 |   | COURT'S CERTIFICATE of Service - a copy of 9 Order has been served on ALL Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF) on 05/31/2006. (bbb, ) (Entered: 05/31/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/22/2006 06:53:22 | | | |
| **PACER Login:** | us4894 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-mj-00217-BMK |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF _____HAWAII_____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 0 2006

at \_\_4\_\_ o'clock and \_\_\_\_\_ min \_\_\_ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

ALICIA ANN STRACENER LAVERGNE

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: MAG NO. 06-0217 LEK

CHARGING DISTRICTS
CASE NUMBER: CR. NO. 06-00073 WKW

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the \_\_\_\_Middle\_\_\_\_ District of \_\_\_\_Alabama\_\_\_\_ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the \_\_\_\_Middle District of Alabama, Montgomery, Alabama\_\_\_\_
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be U.S. District Court Middle District of Alabama on July 17, 2006 by 10:00 a.m. (Local Time).
*Date and Time*

MAY 24 2006
*Date*

*Signature of Judge*

United States Magistrate Judge
*Name and Title of Judge*

PETER C. WOLFF, JR.   # 2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   # 6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       shanlyn_park@fd.org

Attorney for Defendant
ALICIA LAVERGNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALICIA LAVERGNE,<br><br>Defendant. | MAG. NO. 06-0217 LEK<br><br>STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT TO TRAVEL TO WASHINGTON |

**STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL
RELEASE FOR DEFENDANT TO TRAVEL TO WASHINGTON**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant ALICIA LAVERGNE be allowed to travel to Orting,

Washington. Ms. Lavergne will be leaving Honolulu on June 24, 2006, and returning on July 9, 2006. While in Washington, Defendant will be staying with Therese Brown at the following address: 17920 150th Ave. East, Orting, Washington, 98360. Ms. Brown's telephone number is: (360) 893-5266. Pretrial Services shall be provided with a copy of Defendant's itinerary as soon as possible.

All other pretrial release conditions shall remain in effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, May 25, 2006.

   /s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
ALICIA LAVERGNE

   /s/ Gabriel Colwell
CAPT. GABRIEL COLWELL
Attorney for Plaintiff
UNITED STATES OF AMERICA

   /s/ Julie A. Wall *for*
DIANE S. ARIMA-LINSCOTT
U.S. Pretrial Services

IT IS APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawaii, May 25, 2006.



```
                    Kevin S.C. Chang
                    United States Magistrate Judge
```

UNITED STATES v. ALICIA LAVERGNE
MAG. NO. 06-00217 LEK
STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT TO TRAVEL TO WASHINGTON

3

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/19/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      MA NO. 06-0217LEK

CASE NAME:        United States of America Vs. Alicia Lavergne

ATTYS FOR PLA:    Gabriel Colwell

ATTYS FOR DEFT:   Shanlyn A. S. Park

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR-10:17 |
| DATE: | 5/19/2006 | TIME: | 10:17am-10:18am |

COURT ACTION: EP: Status Conference Re Rule 20 Proceedings-Defendant present not in Custody.

Defendant is to report to the U.S. District Court Middle District of Alabama on 7/17/2006 by 10:00 a.m. (Local Time) regarding charges in a Complaint filed on 4/20/2006.

Government Counsel to prepare the Order.

Submitted by Leslie L. Sai, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/19/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     MA NO. 06-0217LEK

CASE NAME:       United States of America Vs. Alicia Lavergne

ATTYS FOR PLA:   Gabriel Colwell

ATTYS FOR DEFT:  Shanlyn A. S. Park

INTERPRETER:

JUDGE:   Kevin S. C. Chang        REPORTER:   FTR-10:17

DATE:    5/19/2006                TIME:       10:17am-10:18am

COURT ACTION: EP: Status Conference Re Rule 20 Proceedings-Defendant present not in Custody.

Defendant is to report to the U.S. District Court Middle District of Alabama on 7/17/2006 by 10:00 a.m. (Local Time) regarding charges in a Complaint filed on 4/20/2006.

Government Counsel to prepare the Order.

Submitted by Leslie L. Sai, Courtroom Manager

Case 1:06-mj-00217-BMK    Document 7    Filed 04/24/2006    Page 1 of 4
Case 1:06-cr-00079-KWR-WC   Document 57   Filed 04/24/2006   Page 10 of 19

ORIGINAL

1AO 199A (Rev. 3/87) Order Setting Conditions of Release                                    Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT
### District of Hawaii

UNITED STATES OF AMERICA

V.                                         ORDER SETTING CONDITIONS
                                                  OF RELEASE

**ALICIA LAVERNE**                Case Number: MAG 06-0217LEK
Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

at _11_ o'clock and _22_ min. _A_ M
SUE BEITIA, CLERK

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)   The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)   The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing **before** any change in address and telephone number.

(3)   I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.

(4)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at U.S. Courthouse, 300 Ala Moana Blvd. C-338, Honolulu, HI on <u>AS DIRECTED</u>

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4)   The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5)   The defendant executes an unsecured bond binding the defendant to pay the United States the sum of $10,000.00 in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, and upon further finding that the identified individualized risk factors and the totality of the circumstances give rise to a special need to impose additional restrictions in order to reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization)
(Address)
(City and State)
(Phone No.)
who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed:_____
Custodian or Proxy

The defendant shall:

(7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2) Do not apply for/obtain a passport.

(7h3) Travel is restricted to: Middle District of Alabama and Hawaii.

(7i) Do not change residence without the advance approval of Pretrial services.

(7s2) You are prohibited from possessing, or having access to any firearm, ammunition, destructive device, or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Case 1:06-cr-00079-WKW-WC   Document 17   Filed 12/22/2006   Page 3 of 4
Case 1:06-mj-00217-BMK   Document 5   Filed 04/24/2006   Page 3 of 19

AO 199B (Rev. 3/87)Additional Conditions of Release

Page 3 of 4 Pages

Cr. No. MAG 06-0217LEK

## Additional Conditions of Release
(Continued from page 2)

(8m) You are prohibited from employment in any positions in which there is actual or potential access to cash or negotiable instruments unless the employer is notified of the pending charges. All current and future employment must be approved by Pretrial Services.

**Other Conditions:** Appear in the Middle District of Alabama for an Initial Appearance and A&P, as directed by the Court.

AO 199B (Rev. 3/87) Advice of Penalties and Sanctions

Page 4 of 4 Pages

## Advice of Penalties and Sanctions

Cr. No. MAG 06-0217LEK

## TO THE DEFENDANT:

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2)an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____

**CITY AND STATE ONLY**

### Directions to United States Marshal

(√)   The defendant is ORDERED released after processing.
( )   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____4/20/06_____        _____
                                    Signature of Judicial Officer

                                    _____Leslie E. Kobayashi_____
                                    Name and Title of Judicial Officer

AO 98 (Rev. 8/85) Appearance Bond

ORIGINAL

# UNITED STATES DISTRICT COURT
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

at __11__ o'clock and __22__ min __A__ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

**ALICIA LAVERNE**
Defendant

## APPEARANCE BOND

Case Number: **MAG 06-0217LEK**

Non-surety:  I, the undersigned defendant acknowledge that I and my ...
Surety:   We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $**10,000.00 co-signed by Michael Laverne (husband)** and there has been deposited in the Registry of the Court the sum of $  in cash or  (describe other security).

The conditions of this bond are that the defendant **ALICIA LAVERNE** is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violations of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void. If, however, the defendant fails to appear, fails to obey the conditions of release, or fails to otherwise obey the conditions of this bond, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on April 19, 2006 at Honolulu, Hawaii.

Defendant _____  CITY AND STATE ONLY _____
         ALICIA LAVERNE

Surety _____  CITY AND STATE ONLY _____
         MICHAEL LAVERNE

Surety _____  CITY AND STATE ONLY _____

Signed and acknowledged before me on April 19, 2006.

_____
Deputy Clerk

Approved: _____
         Leslie E. Kobayashi

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      MA 06-0217LEK

CASE NAME:        USA v. Alicia Lavergne

ATTYS FOR PLA:    Gabriel Coldwell

ATTYS FOR DEFT:   Shanlyn A.S. Park (FPD)

INTERPRETER:

---

JUDGE:  Barry M. Kurren          REPORTER:  C6F

DATE:   4/19/2006                TIME:      3:08 - 3:15

---

COURT ACTION: EP: Initial Appearance - deft present in custody. Deft sworn to Financial Affidavit. Oral M/Court Appt Atty GRANTED.

Defendant advised of right to Identity Hearing and Rule 20 Proceedings.
Defendant orally waived right to Identity Hearing.
Status Conference Re Rule 20 Proceedings set for 5-19-06 @ 10 a.m., KSC.

Bail set at:
$10,000 unsecured bond co-signed by Michael Lavergne (husband)

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

(7h3)  Travel is restricted to: Middle District of Alabama and Hawaii.

(7i)   Do not change residence without the advance approval of Pretrial services.

(7s2)  You are prohibited from possessing, or having access to any firearm, ammunition, destructive device, or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7u1)  Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1)  To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services.

(7y)   You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

(8m)   You are prohibited from employment in any positions in which there is actual or potential access to cash or negotiable instruments unless the employer is notified of the pending charges. All current and future employment must be approved by Pretrial Services.

Other Conditions:   Appear in the Middle District of Alabama for an Initial Appearance and Arraignment and Plea as directed by the court.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

♦   You shall not commit any offense in violation of federal state, or local law while on release in this case.

♦   You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by Richlyn Young, Courtroom Manager

ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Major Crimes

GABRIEL COLWELL
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 0 2006

at 3 o'clock and 20 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 06-0217 LEK |
|---|---|---|
| Plaintiff, | ) | CRIMINAL COMPLAINT |
| VS. | ) | |
| ALICIA ANN STRACENER LAVERGNA, | ) | |
| Defendant. | ) | |

CRIMINAL COMPLAINT

    I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

    1. On March 2, 2006, an Indictment was returned in the Middle District of Alabama, and an arrest warrant issued, charging the above-named defendant, ALICIA ANN STRACENER LAVERGNA, with violating Title 18, United States Code, Section 641, in that the defendant, from May 2002 until on or about March 25, 2004, did willfully and knowingly embezzle, steal, convert, and purloin cash and merchandise all having a value of

approximately $9,200.00, all being the money, property, and things of value of AAFES, division of the United States of America, to wit: the Triangle Shoppette, located on Fort Rucker, Alabama, in the Middle District of Alabama.

    2. I further state that I am a Special Agent of the Federal Bureau of Investigation and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint" which is attached hereto and incorporated herein by reference.

*Rachel A. Byrd*
RACHEL A. BYRD
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me
on this 20th day of April, 2006 at Honolulu, Hawaii.

*Leslie E. Kobayashi*
LESLIE E. KOBAYASHI
United States Magistrate Judge
District of Hawaii

2

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Rachel A. Byrd, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, deposes and states as follows:

1. I am a duly appointed Special Agent of the FBI, having been employed as such since 2004. I am currently assigned to the Honolulu Division, Organized Crime/Drug/Violent Crime Squad.

2. On March 2, 2006, an Indictment was returned in the Middle District of Alabama, and an arrest warrant issued, charging the above-named defendant, ALICIA ANN STRACENER LAVERGNA, with violating Title 18, United States Code, Section 641, in that the defendant, from May 2002 until on or about March 25, 2004, did willfully and knowingly embezzle, steal, convert, and purloin cash and merchandise all having a value of approximately $9,200.00, all being the money, property, and things of value of AAFES, division of the United States of America, to wit: the Triangle Shoppette, located on Fort Rucker, Alabama, in the Middle District of Alabama.

3. Based on the foregoing, I believe that a violation of Title 18, United States Code, Section 641 has been committed.

WHEREFORE, deponent prays that ALICIA ANN STRACENER LAVERGNA, the defendant, be imprisoned, or bailed, as the case may be.

FURTHER AFFIANT SAYETH NAUGHT.

_____
RACHEL A. BYRD
Special Agent
Federal Bureau of Investigation

Based upon the foregoing, the undersigned Judicial Officer finds that there is probable cause to believe that defendant above-named committed the crimes charged in the Criminal Complaint, this 20th day of April, 2006.

Subscribed to and sworn before me on this 20th day of April, 2006

_____
LESLIE E. KOBAYASHI
United States Magistrate Judge
District of Hawaii