IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.   1:06cr73-WKW |
| | ) | |
| ALICIA ANN LAVERGNA | ) | |

## ORDER ON MOTION

Upon consideration of the Unopposed Motion to Modify Conditions of Pretrial Release to Permit Defendant to Spend Holidays with Family (Doc. #16), filed on December 21, 2006, and for good cause, it is

ORDERED that the motion is GRANTED.  The defendant, ALICIA ANN LAVERGNA, is permitted to travel to Washington state.

DONE this 22nd day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE