IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.        ) | **Case No.: 1:06cr73-WKW** |
| ) | |
| **ALICIA ANN STRACENER LAVERGNA** ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, Alicia Ann Stracener Lavergna, by and through undersigned counsel, Jennifer A. Hart, and pursuant to 18 U.S.C. 3161(h)(8), respectfully moves this Court to continue the trial of this action from the present trial date of January 8, 2007. In support of this Motion, defendant would show:

1. Ms. Lavergna has been approved for the Pretrial Diversion program.

2. This case will now be referred to the United States Probation Office for completion of the pretrial diversion "work up". Once the work up is completed, the government will file its Motion to Dismiss the Information.

3. Because prosecution will be deferred/diverted, pursuant to the agreement upon the final work up, it is in the interest of justice to continue trial in this matter so as to allow the parties more time to finalize Ms. Lavergna's diversion agreement. 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I).

4. Counsel for the Government has no opposition to this requested continuance

WHEREFORE, Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne Speirs, Assistant U. S. Attorney.

      Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189